**IN THE UNITED STATES COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY** **PLAINTIFF**

**VS.** **CAUSE NO. 3:19-cv-00540**

**DANNY TOWNSEND, KEISHA GORDEN, KEIONA GREEN, KRYSTLE BROWN, CORY BROWN, TIFFANY BROWN** **DEFENDANTS**

---

**MOTION FOR SUMMARY JUDGMENT**

---

COMES NOW, Plaintiff, Nationwide Mutual Fire Insurance Company ("hereinafter Nationwide"), through counsel moves the Court to for summary judgment and in further support herein incorporates herewith, refers to and/or attaches the following:

Exhibit A - Nationwide Mutual Fire Insurance Company's Declarations Page and Certified Policy.

Exhibit B - Itemized Repair Estimate.

Exhibit C - Summary of Contents

Exhibit D - Rimkus Consulting Group, Inc.'s Fire Cause and Origin Report.

Exhibit E - Transcript of Examination Under Oath of Danny Townsend.

Exhibit F - Jackson Fire Department Run Report.

Exhibit G - A to Z Home Repairs.

Plaintiff further adopts and incorporates herein by reference the points and authorities set forth in its Memorandum in Support of Motion for Summary Judgment filed contemporaneously with the filing of this Motion and all papers and pleadings on file herein.

Respectfully submitted, this the 28th day of October, 2020.

Nationwide Mutual Fire Insurance Company

/s/ Steven C. Cookston
STEVEN C. COOKSTON
MBN: 99137
WILL MORTON
MBN: 102293

OF COUNSEL:

UPSHAW, WILLIAMS, BIGGERS,
& BECKHAM, L.L.P.
309 FULTON STREET
POST OFFICE BOX 8230
GREENWOOD, MISSISSIPPI 38935-8230
TELEPHONE: (662) 455-1613
FACSIMILE: (662) 453-9245
scookston@upshawwilliams.com

**CERTIFICATE OF SERVICE**

I, Steven C. Cookston, counsel for Plaintiff, do hereby certify that I have this date electronically filed the foregoing document with the Clerk of the Court, via EFC system, which sent notification of such filing to the following:

Sharon Henderson Esq.
460 Briarwood Drive, Suite 400
Jackson, MS 39206

Terris C. Harris
THE COCHRAN FIRM - Ridgeland
198 Charmant Place, Suite 2
Ridgeland, MS 39157

**CERTIFIED**, this the 28th day of October, 2020.

/s/ Steven C. Cookston
Steven C. Cookston, Esq.